Succession of Corinne Strauss KAUFMAN and John R. Bellinger

v.

Bryan CLEMMONS, Sheriff and Ex-Officio Inheritance Tax Collector for the Parish of East Baton Rouge, State of Louisiana.

No. 50323.

Feb. 6, 1970.

In re: Bryan Clemmons, Sheriff & Ex-Officio Inheritance Tax Collector for the

Parish of East Baton Rouge, State of Louisiana applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 229 So.2d 752; 229 So.2d 749.

The application is denied. The judgment complained of is not final.

230 So.2d 587

Beatrice S. SOILEAU et al.

v.

CONTINENTAL INSURANCE COMPANY et al.

No. 50324.

Feb. 6, 1970.

In re: Continental Insurance Company and Charles W. Harrell applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Evangeline, State of Louisiana. 228 So.2d 522.

Writ refused. On the facts found by the Court of Appeal the result reached by it is correct.

McCALEB, J., thinks that a writ should be granted.